UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO INDEMNITY COMPANY, GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
COMPANY,

Docket No.: 1:22-CV-06713
(ARR)(RLM)

Plaintiffs,

-against-

RIAZ AHMAD, M.D., COMMUNITY MEDICAL CARE
OF N.Y., P.C., COMFORT CARE MEDICAL PLLC, DLC
COMPREHENSIVE MEDICAL PLLC, AHMAD RIAZ M.D.
(AS A SOLE PROPRIETORSHIP), RIAZ AHMAD M.D.
(AS A SOLE PROPRIETORSHIP) and JOHN DOE
DEFENDANTS "1" THROUGH "10,"

Defendants.
------------------------------------------------X

## STIPULATION TO STAY AND ENJOIN COLLECTION PROCEEDINGS BROUGHT IN THE NAMES OF COMMUNITY MEDICAL CARE OF N.Y., P.C., COMFORT CARE MEDICAL PLLC, DLC COMPREHENSIVE MEDICAL PLLC, AHMAD RIAZ M.D., AND RIAZ AHMAD M.D.

**WHEREAS**, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "GEICO" or "Plaintiffs") have commenced this action in federal court entitled Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company against defendants, Riaz Ahmad, M.D., Community Medical Care of N.Y., P.C., Comfort Care Medical PLLC, DLC Comprehensive Medical PLLC, Ahmad Riaz M.D. (as a sole proprietorship), Riaz Ahmad M.D. (as a sole proprietorship)(collectively referred to as the "Defendants"), and John Doe Defendants "1" through "10", pending in the United States District Court for the Eastern District of New York, with case number 1:22-cv-06713 (ARR)(RLM) (the "Federal Court Action");

**WHEREAS**, Defendants have commenced numerous arbitral proceedings and state court lawsuits in which they seek to collect no-fault insurance benefits from Plaintiffs; and

**WHEREAS**, Plaintiffs seek, among other things, a declaratory judgment in this action declaring that Defendants have no right to receive payment on any of the pending bills they have submitted to Plaintiffs, including the bills that are the subject of the arbitral proceedings and lawsuits that they have commenced against Plaintiffs;

**NOW, THEREFORE**, upon the stipulation of the parties, it is hereby **STIPULATED AND AGREED THAT**:

(1)     Riaz Ahmad, M.D., Community Medical Care of N.Y., P.C., Comfort Care Medical PLLC, DLC Comprehensive Medical PLLC, Ahmad Riaz M.D. (as a sole proprietorship), and Riaz Ahmad M.D. (as a sole proprietorship) agree to stay and take no further action in any and all No-Fault insurance collection arbitrations and state court collection lawsuits brought against GEICO by Community Medical Care of N.Y., P.C., Comfort Care Medical PLLC, DLC Comprehensive Medical PLLC, Ahmad Riaz M.D. (as a sole proprietorship), and/or Riaz Ahmad M.D. (as a sole proprietorship) pending before the American Arbitration Association ("AAA") or in the courts of New York state until final disposition of the instant Federal Court Action, including any appeals;

(2)     Riaz Ahmad, M.D., Community Medical Care of N.Y., P.C., Comfort Care Medical PLLC, DLC Comprehensive Medical PLLC, Ahmad Riaz M.D. (as a sole proprietorship), and Riaz Ahmad M.D. (as a sole proprietorship) agree to not commence any new No-Fault insurance collection arbitrations or state court collection lawsuits against GEICO in the name of Community Medical Care of N.Y., P.C., Comfort Care Medical PLLC, DLC Comprehensive Medical PLLC,

Ahmad Riaz M.D. (as a sole proprietorship), or Riaz Ahmad M.D. (as a sole proprietorship) until final disposition of the instant Federal Court Action, including any appeals.

**IT IS FURTHER ORDERED** that pending the final disposition of this action, the statutes of limitation applicable to the commencement of any arbitral or litigation proceedings that are stayed or enjoined pursuant to this order are tolled.

**IT IS FURTHER ORDERED** that pending the final disposition of this action, including any appeals, Defendants, as well as their attorneys, agents, and anyone purporting to act on their behalf, shall take all steps necessary to effectuate the intent of this Consent Order and Injunction, including but not limited to the dismissal of any arbitrations and/or newly commenced litigations without prejudice in the event that any court and/or arbitral forum refuses to acknowledge the force and effect of this Order. Plaintiffs and Defendants also consent to have this Stipulation "so-ordered" by the Court.

Dated: November 22, 2022

By: __/s/ Sean Gorton__
    Michael A. Sirignano, Esq.
    Barry I. Levy, Esq.
    Sean Gorton, Esq.
Rivkin Radler, LLP
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

By: __/s/ Mark Furman__
    Mark Furman, Esq.
Law Offices of Mark L. Furman
22 Donald Drive
Hastings on Hudson, New York 10706
(914) 584-6799

*Counsel for Defendants, Riaz Ahmad, M.D., Community Medical Care of N.Y., P.C., Comfort Care Medical PLLC, DLC Comprehensive Medical PLLC, Ahmad Riaz M.D. (as a sole proprietorship), and Riaz Ahmad M.D. (as a sole proprietorship)*

SO ORDERED:

/s/(ARR)