

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**SEAN GORTON**
(516) 357-3319
sean.gorton@rivkin.com

April 5, 2023

**VIA ECF**
Honorable Ramon E. Reyes, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Government Employees Insurance Co., et al. v. Ahmad, et al.*
         Docket No. 1:22-cv-06713(ARR)(RER)

Dear Judge Reyes:

This firm represents Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO") in the above-referenced matter. We respectfully submit this letter to advise the Court regarding recent developments surrounding the representation of Defendants Riaz Ahmad, M.D., Community Medical Care of N.Y., P.C., Comfort Care Medical PLLC, DLC Comprehensive Medical PLLC, Ahmad Riaz, M.D. (as a sole proprietorship), and Riaz Ahmad, M.D. (as a sole proprietorship) (collectively, "Defendants" and with Plaintiffs, the "Parties").

Defendants were originally represented by Mark L. Furman, Esq. of the Law Offices of Mark L. Furman. See Docket No. 11. Plaintiffs' counsel received news that Mr. Furman, unfortunately, passed away in January 2023. Plaintiffs' counsel was subsequently contacted by an attorney who has represented Defendants in various no-fault insurance collection proceedings, who advised, in sum, that Defendants were in the process of retaining new counsel in connection with this matter.

However, to date, no one has appeared on Defendants' behalf and more than forty-five (45) days have elapsed since Plaintiffs' counsel was advised that Defendants were in the process of retaining new counsel. Accordingly, Plaintiffs respectfully request that the Court issue an Order directing Defendants to retain new counsel within thirty (30) days, so that the Parties may commence with discovery.

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

# RIVKIN RADLER LLP

Honorable Ramon E. Reyes, Jr.
April 5, 2023

We thank the Court for its attention to this matter.

                                                   Very truly yours,

                                                   RIVKIN RADLER LLP

                                                   */s/ Sean Gorton*
                                                   Sean Gorton, Esq.

6887131.v1