

Brooklyn
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany

Alyssa A. Friedman, Esq.
Partner | Healthcare Fraud Chair
AFriedman@Abramslaw.com

April 25, 2023

**VIA FEDERAL EXPRESS**
**Tracking No. 7719 5644 0574**

Honorable Ramon E. Reyes, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        <u>Re:</u>    <u>Government Employees Insurance Co., et al. v. Ahmad et al.</u>
                  <u>Docket No. 1:22-cv-06713-ARR-RER</u>

Dear Judge Reyes:

      This letter confirms receipt of recent mail in connection with the above-referenced matter pending before Your Honor. The mail is postmarked April 13, 2023, and includes a copy of the Docket Sheet, docket entries from April 6, 2023, and Plaintiff's letter to the Court dated April 19, 2023 (enclosed) regarding Mark L. Furman's passing. There was no cover sheet sent with this letter, but the envelope is an EDNY envelope.

      On April 11, 2023, the Firm received a call from Your Honor's Chambers regarding this matter, which we were unaware of, and immediately investigated at the Firm. Later that day, my paralegal Cindy Roldan called Chambers to notify the Court that Mark L. Furman was Of Counsel at this firm, in the past. However, he maintained independently his own law office in which he handled matters outside of the firm. This was one of those matters.

      Mr. Furman's employment with the Firm ended on March 18, 2022. The signature block on the Notice of Appearance filed months later by Mark L. Furman on November 21, 2022 (See Docket No. 11, attached) has different contact information for Mr. Furman than what appears on the Docket Sheet. On the Notice of Appearance, it states, "Law Offices of Mark L. Furman, 22 Donald Drive, Hastings on Hudson, NY, 10706" and lists a phone number and email address associated with his personal firm.



It appears in PACER and on the docket sheet that Mr. Furman failed to update his PACER login information to reflect his correct address and/or was using the Firm's PACER account without authorization to do so after his employment ended in March of 2022.

It is our position that our Firm is not part of this action and respectfully requests to be excused from this matter / these discussions as this case was being handled by the Law Offices of Mark L. Furman and not Abrams Fensterman, LLP.

Thank you for your attention to this matter.

Respectfully submitted,

Alyssa Friedman
Partner & Healthcare Fraud Chair
(718) 215-7568
AFriedman@abramslaw.com

Enc.

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL
quadient
04/11/2023
US POSTAGE $000.84⁰
ZIP 11201
041M11470324

NEW YORK NY 100
13 APR 2023 PM 6 L

Alyssa Friedman
Abrams, Fensterman, Fensterman, Eisman,
Formato, Ferrara & Wolf, LLP 1 MetroTech Center,
Suite 1701 Brooklyn, NY 11201

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:22-cv-06713-ARR-RER

| | |
|---|---|
| Government Employees Insurance Company et al v. Ahmad et al | Date Filed: 11/03/2022 |
| Assigned to: Judge Allyne R. Ross | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Ramon E. Reyes, Jr | Nature of Suit: 470 Racketeer/Corrupt Organization |
| Cause: 18:1962 Racketeering (RICO) Act | Jurisdiction: Federal Question |

**Plaintiff**

**Government Employees Insurance Company**          represented by          **Barry I. Levy**
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926
516 357 3149
Fax: 516 357-3333
Email: barry.levy@rivkin.com
*ATTORNEY TO BE NOTICED*

**Sean Patrick Gorton**
Rivkin Radler LLP
926 Rxr Plaza
Uniondale, NY 11556
(516)357-3319
Fax: (516)357-3333
Email: sean.gorton@rivkin.com
*ATTORNEY TO BE NOTICED*

**Michael A. Sirignano**
Rivkin, Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926
516-357-3073
Fax: 516-357-3333
Email: michael.sirignano@rivkin.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GEICO Indemnity Company**          represented by          **Barry I. Levy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Patrick Gorton**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Michael A. Sirignano**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |
| **GEICO General Insurance Company** | represented by **Barry I. Levy**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Sean Patrick Gorton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Michael A. Sirignano**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |
| **GEICO Casualty Company** | represented by **Barry I. Levy**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Sean Patrick Gorton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Michael A. Sirignano**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | |
|---|---|
| **Riaz Ahmad, M.D.** | represented by **Riaz Ahmad, M.D.**<br>PRO SE |
|  | **Mark L. Furman**<br>Abrams, Fensterman, Fensterman, Eisman,<br>Formato, Ferrara & Wolf, LLP<br>1 MetroTech Center<br>Suite 1701<br>Brooklyn, NY 11201<br>718-215-5300<br>Fax: 212-279-0600<br>Email: mark@markfurmanlaw.com<br>*TERMINATED: 04/06/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Community Medical Care of N.Y., P.C.** | represented by | **Community Medical Care of N.Y., P.C.**<br>PRO SE<br><br>**Mark L. Furman**<br>(See above for address)<br>*TERMINATED: 04/06/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Comfort Care Medical PLLC** | represented by | **Comfort Care Medical PLLC**<br>PRO SE<br><br>**Mark L. Furman**<br>(See above for address)<br>*TERMINATED: 04/06/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**DLC Comprehensive Medical PLLC** | represented by | **DLC Comprehensive Medical PLLC**<br>PRO SE<br><br>**Mark L. Furman**<br>(See above for address)<br>*TERMINATED: 04/06/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Ahmad Riaz M.D. (As a Sole Proprietorship)** | represented by | **Ahmad Riaz M.D. (As a Sole Proprietorship)**<br>PRO SE<br><br>**Mark L. Furman**<br>(See above for address)<br>*TERMINATED: 04/06/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Riaz Ahmad M.D. (As A Sole Proprietorship)** | represented by | **Riaz Ahmad M.D. (As A Sole Proprietorship)**<br>PRO SE<br><br>**Mark L. Furman**<br>(See above for address)<br>*TERMINATED: 04/06/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**John Doe Defendants "1" through "10"**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2022 | 1 | COMPLAINT against Riaz Ahmad, MD, Ahmad Riaz M.D. (As a Sole Proprietorship), Comfort Care Medical PLLC, Community Medical Care of N.Y., P.C., DLC Comprehensive Medical PLLC, John Doe Defendants "1" through "10", Riaz Ahmad M.D. (As A Sole Proprietorship) filing fee $ 402, receipt number ANYEDC-16107721 Was the Disclosure Statement on Civil Cover Sheet completed - No,, filed by GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, Government Employees Insurance Company. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons and Rider, # 3 Exhibit 1 - Representative Sample of Fraudulent Claims Identified to Date - Community Medical Care of N.Y. P.C., # 4 Exhibit 2 - Representative Sample of Fraudulent Claims Identified to Date - Comfort Care Medical PLLC, # 5 Exhibit 3 - Representative Sample of Fraudulent Claims Identified to Date - DLC Comprehensive Medical PLLC, # 6 Exhibit 4 - Representative Sample of Fraudulent Claims Identified to Date - Ahmad Riaz MD, # 7 Exhibit 5 - Representative Sample of Fraudulent Claims Identified to Date - Riaz Ahmad MD, # 8 Exhibit 6 - American Institute of Ultrasound Medicine (AIUM) Determination, # 9 Exhibit 7 - American Academy of Neurology (AAN) Report, # 10 Exhibit 8 - New York State Workers Compensation Board Mid and Low Back Injury Medical Treatment Guidelines, # 11 Exhibit 9 - American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM) Recommended Policy) (Sirignano, Michael) (Entered: 11/03/2022) |
| 11/03/2022 | 2 | Corporate Disclosure Statement by GEICO Casualty Company, GEICO General Insurance Company, GEICO Indemnity Company, Government Employees Insurance Company identifying Corporate Parent GEICO Corporation, Other Affiliate Berkshire Hathaway, Inc. for GEICO Casualty Company, GEICO General Insurance Company, GEICO Indemnity Company, Government Employees Insurance Company. (Sirignano, Michael) (Entered: 11/03/2022) |
| 11/07/2022 | | Case Assigned to Judge Allyne R. Ross and Magistrate Judge Roanne L. Mann. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 11/07/2022) |
| 11/07/2022 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if** all parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (KD) (Entered: 11/07/2022) |
| 11/07/2022 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (KD) (Entered: 11/07/2022) |

| | | |
|---|---|---|
| 11/07/2022 | 5 | Summons Issued as to Riaz Ahmad, MD, Ahmad Riaz M.D. (As a Sole Proprietorship), Comfort Care Medical PLLC, Community Medical Care of N.Y., P.C., DLC Comprehensive Medical PLLC. (KD) (Entered: 11/07/2022) |
| 11/07/2022 | 6 | NOTICE of Appearance by Barry I. Levy on behalf of GEICO Casualty Company, GEICO General Insurance Company, GEICO Indemnity Company, Government Employees Insurance Company (aty to be noticed) (Levy, Barry) (Entered: 11/07/2022) |
| 11/07/2022 | 7 | NOTICE of Appearance by Sean Patrick Gorton on behalf of GEICO Casualty Company, GEICO General Insurance Company, GEICO Indemnity Company, Government Employees Insurance Company (aty to be noticed) (Gorton, Sean) (Entered: 11/07/2022) |
| 11/21/2022 | 8 | SUMMONS Returned Executed by GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, Government Employees Insurance Company. Comfort Care Medical PLLC served on 11/14/2022, answer due 12/5/2022. (Sirignano, Michael) (Entered: 11/21/2022) |
| 11/21/2022 | 9 | SUMMONS Returned Executed by GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, Government Employees Insurance Company. DLC Comprehensive Medical PLLC served on 11/14/2022, answer due 12/5/2022. (Sirignano, Michael) (Entered: 11/21/2022) |
| 11/21/2022 | 10 | SUMMONS Returned Executed by GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, Government Employees Insurance Company. Community Medical Care of N.Y., P.C. served on 11/14/2022, answer due 12/5/2022. (Sirignano, Michael) (Entered: 11/21/2022) |
| 11/21/2022 | 11 | NOTICE of Appearance by Mark L. Furman on behalf of Riaz Ahmad, MD, Ahmad Riaz M.D. (As a Sole Proprietorship), Comfort Care Medical PLLC, Community Medical Care of N.Y., P.C., DLC Comprehensive Medical PLLC, Riaz Ahmad M.D. (As A Sole Proprietorship) (aty to be noticed) (Furman, Mark) (Entered: 11/21/2022) |
| 11/23/2022 | 12 | Consent MOTION to Stay *Consent Motion to So-Order Stipulation to Stay and Enjoin Underlying Collection Proceedings* by GEICO Casualty Company, GEICO General Insurance Company, GEICO Indemnity Company, Government Employees Insurance Company. (Attachments: # 1 Exhibit A - Stipulation to Stay and Enjoin Collection Proceedings) (Gorton, Sean) (Entered: 11/23/2022) |
| 11/28/2022 | 13 | SUMMONS Returned Executed by GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, Government Employees Insurance Company. Riaz Ahmad, MD served on 11/15/2022, answer due 12/6/2022. (Sirignano, Michael) (Entered: 11/28/2022) |
| 11/28/2022 | 14 | SUMMONS Returned Executed by GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, Government Employees Insurance Company. Riaz Ahmad M.D. (As A Sole Proprietorship) served on 11/21/2022, answer due 12/12/2022. (Sirignano, Michael) (Entered: 11/28/2022) |
| 11/28/2022 | 15 | SUMMONS Returned Executed by GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, Government Employees Insurance Company. Ahmad Riaz M.D. (As a Sole Proprietorship) served on 11/21/2022, answer due 12/12/2022. (Sirignano, Michael) (Entered: 11/28/2022) |

| 11/29/2022 | 16 | ORDER granting re: 12 STIPULATION TO STAY AND ENJOIN COLLECTION PROCEEDINGS BROUGHT IN THE NAMES OF COMMUNITY MEDICAL CARE OF N.Y., P.C., COMFORT CARE MEDICAL PLLC, DLC COMPREHENSIVE MEDICAL PLLC, AHMAD RIAZ M.D., AND RIAZ AHMAD M.D. ( Ordered by Judge Allyne R. Ross on 11/28/2022 ) (RG) (Entered: 11/29/2022) |
|---|---|---|
| 12/02/2022 | 17 | MOTION for Extension of Time to File Answer *to Complaint* by Riaz Ahmad, MD, Ahmad Riaz M.D. (As a Sole Proprietorship), Comfort Care Medical PLLC, Community Medical Care of N.Y., P.C., DLC Comprehensive Medical PLLC, Riaz Ahmad M.D. (As A Sole Proprietorship). (Furman, Mark) (Entered: 12/02/2022) |
| 12/02/2022 |  | ORDER granting 17 Motion for Extension of Time to Answer to January 5, 2023. The parties' stipulation is so-ordered. Ordered by Magistrate Judge Roanne L. Mann on 12/2/2022. (JP) (Entered: 12/02/2022) |
| 01/07/2023 | 18 | ANSWER to 1 Complaint,,,,,, by Riaz Ahmad, MD, Ahmad Riaz M.D. (As a Sole Proprietorship), Comfort Care Medical PLLC, Community Medical Care of N.Y., P.C., DLC Comprehensive Medical PLLC, Riaz Ahmad M.D. (As A Sole Proprietorship). (Furman, Mark) (Entered: 01/07/2023) |
| 01/09/2023 |  | Case Reassigned to Magistrate Judge Ramon E. Reyes, Jr. Magistrate Judge Roanne L. Mann no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (JM) (Entered: 01/09/2023) |
| 04/05/2023 | 19 | STATUS REPORT *re: Defendants' Counsel* by GEICO Casualty Company, GEICO General Insurance Company, GEICO Indemnity Company, Government Employees Insurance Company (Gorton, Sean) (Entered: 04/05/2023) |
| 04/06/2023 |  | ELECTRONIC ORDER: Defendants are directed to retain new counsel within thirty days. If new counsel does not enter a notice of appearance within 30 days, the corporate defendants will be deemed in default and judgment may be entered against them. So Ordered by Magistrate Judge Ramon E. Reyes, Jr on 4/6/2023. (MV) (Entered: 04/06/2023) |
| 04/06/2023 |  | eORDER re 19 STATUS REPORT re: Defendants' Counsel filed by GEICO Casualty, Company et al: Attorney Mark L. Furman terminated. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 4/6/2023. (MV) (Entered: 04/06/2023) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/6/2023 at 11:14 AM EDT and filed on 4/6/2023
**Case Name:**      Government Employees Insurance Company et al v. Ahmad et al
**Case Number:**    1:22-cv-06713-ARR-RER
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ELECTRONIC ORDER: Defendants are directed to retain new counsel within thirty days. If new counsel does not enter a notice of appearance within 30 days, the corporate defendants will be deemed in default and judgment may be entered against them. So Ordered by Magistrate Judge Ramon E. Reyes, Jr on 4/6/2023. (MV)


**1:22-cv-06713-ARR-RER Notice has been electronically mailed to:**

Michael A. Sirignano     michael.sirignano@rivkin.com

Mark L. Furman     mark@markfurmanlaw.com

Barry I. Levy     barry.levy@rivkin.com

Sean Patrick Gorton     sean.gorton@rivkin.com

**1:22-cv-06713-ARR-RER Notice will not be electronically mailed to:**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 4/6/2023 at 11:27 AM EDT and filed on 4/6/2023
**Case Name:** Government Employees Insurance Company et al v. Ahmad et al
**Case Number:** 1:22-cv-06713-ARR-RER
**Filer:**
**Document Number:** No document attached

**Docket Text:**
eORDER re [19] STATUS REPORT re: Defendants' Counsel filed by GEICO Casualty, Company et al: Attorney Mark L. Furman terminated. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 4/6/2023. (MV)

**1:22-cv-06713-ARR-RER Notice has been electronically mailed to:**

Michael A. Sirignano    michael.sirignano@rivkin.com

Mark L. Furman    mark@markfurmanlaw.com

Barry I. Levy    barry.levy@rivkin.com

Sean Patrick Gorton    sean.gorton@rivkin.com

**1:22-cv-06713-ARR-RER Notice will not be electronically mailed to:**

Ahmad Riaz M.D. (As a Sole Proprietorship)

Comfort Care Medical PLLC

Community Medical Care of N.Y., P.C.

DLC Comprehensive Medical PLLC



RIVKIN RADLER
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

SEAN GORTON
(516) 357-3319
sean.gorton@rivkin.com

April 5, 2023

**VIA ECF**
Honorable Ramon E. Reyes, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  *Government Employees Insurance Co., et al. v. Ahmad, et al.*
      Docket No. 1:22-cv-06713(ARR)(RER)

Dear Judge Reyes:

This firm represents Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively "Plaintiffs" or "GEICO") in the above-referenced matter. We respectfully submit this letter to advise the Court regarding recent developments surrounding the representation of Defendants Riaz Ahmad, M.D., Community Medical Care of N.Y., P.C., Comfort Care Medical PLLC, DLC Comprehensive Medical PLLC, Ahmad Riaz, M.D. (as a sole proprietorship), and Riaz Ahmad, M.D. (as a sole proprietorship) (collectively, "Defendants" and with Plaintiffs, the "Parties").

Defendants were originally represented by Mark L. Furman, Esq. of the Law Offices of Mark L. Furman. See Docket No. 11. Plaintiffs' counsel received news that Mr. Furman, unfortunately, passed away in January 2023. Plaintiffs' counsel was subsequently contacted by an attorney who has represented Defendants in various no-fault insurance collection proceedings, who advised, in sum, that Defendants were in the process of retaining new counsel in connection with this matter.

However, to date, no one has appeared on Defendants' behalf and more than forty-five (45) days have elapsed since Plaintiffs' counsel was advised that Defendants were in the process of retaining new counsel. Accordingly, Plaintiffs respectfully request that the Court issue an Order directing Defendants to retain new counsel within thirty (30) days, so that the Parties may commence with discovery.

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

**RIVKIN RADLER** LLP

Honorable Ramon E. Reyes, Jr.
April 5, 2023

We thank the Court for its attention to this matter.

Very truly yours,

RIVKIN RADLER LLP

*/s/ Sean Gorton*
Sean Gorton, Esq.

6887131.v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GOVERNMENT EMPLOYEES
INSURANCE COMPANY, GEICO
INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,

Case No.: 22-cv-06306

**NOTICE OF APPEARANCE**

,

Plaintiff,

-against-

RIAZ AHMAD, M.D., COMMUNITY MEDICAL CARE OF N.Y., P.C., COMFORT CARE MEDICAL PLLC, DLC COMPREHENSIVE MEDICAL PLLC, AHMAD RIAZ M.D. (AS A SOLE PROPRIETORSHIP), RIAZ AHMAD M.D. (AS A SOLE PROPRIETORSHIP) and JOHN DOE DEFENDANTS "1" THROUGH "10,"

-------------------------------------------------------
Defendants.
-----x

C O U N S E L O R S:

PLEASE TAKE NOTICE that the Defendants RIAZ AHMAD, M.D., COMMUNITY MEDICAL CARE OF N.Y., P.C., COMFORT CARE MEDICAL PLLC, DLC COMPREHENSIVE MEDICAL PLLC, AHMAD RIAZ M.D. (AS A SOLE PROPRIETORSHIP), RIAZ AHMAD M.D. (AS A SOLE PROPRIETORSHIP) hereby appear in the above-captioned action, and that the undersigned has been retained as attorney for said Defendants and hereby demands that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated: Westchester, New York
       November 21 2022

Law Offices of Mark L. Furman

*Attorneys for Defendants*
KONATA SOLOMON
STALLINGS (A Sole
Proprietorship), and KONATA
SOLOMON STALLINGS,
PSY.D.,

By: _____/s/_____
          Mark L. Furman

22 Donald Drive,
Hastings on Hudson New York 10706
(914) 584-6799
mark@markfurmanlaw.com

TO: All parties via ECF






FedEx Express

E1 EGXA
NY-US
EWR
11201

TRK# 7719 5644 0574
0201

WED - 26 APR 8:30A
FIRST OVERNIGHT

PO:
INV:
DEPT:
REF:
(000) 000-0000

TO: HON. RAMON E. REYES, JR.
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN NY 11201
UNITED STATES US
BROOKLYN, NY 11201
1 METROTECH CENTER, 1701
(516) 328-2300

BILL SENDER

ORIGIN ID: EGXA
CINDY ROLDAN
SHIP DATE: 25APR23
ACTWGT: 0.30 LB
CAD: 101416928/INET4610

583J378CF/FE2D
J220230405I1u